IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM A. PARKER,

        Plaintiff,

        v.

NATOMAS UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

No. CIV S-09-1058 MCE DAD PS

<u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL</u>

Plaintiff, proceeding pro se, has commenced a civil rights action alleging employment discrimination, wrongful termination, and retaliatory conduct. The proceeding has been referred to the undersigned pursuant to Local Rule 72-302(c)(21).

Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute. Accordingly, plaintiff's application to proceed in forma pauperis will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's April 17, 2009 motion to proceed in forma pauperis (Doc. No. 2) is granted.

/////

/////

1

2. The Clerk of the Court is directed to issue process and send plaintiff an instruction sheet for service of process by the United States Marshal, together with a summons, six USM-285 forms, and one endorsed copy of plaintiff's complaint filed April 17, 2009.

3. Within thirty (30) days after this order is served, plaintiff shall send the following documents to the United States Marshal by mailing them to the United States Marshals Service at 501 I Street, Suite 5600, Sacramento, CA 95814: one copy of this order, six properly completed USM-285 forms, six copies of the properly completed summons, and seven true and exact copies of the endorsed complaint provided by the Clerk.

4. Within ten (10) days after mailing the materials for service to the United States Marshal, plaintiff shall file with this court a notice stating the date on which he mailed the required documents to the United States Marshal. Failure to file such a notice in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants Natomas Unified School District, Leslie Sargent, Gregg Ellis, Ken Whittemore, Christine Minero, and Steve Farrar.

DATED: April 21, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\parker1058.ifp.serve