IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM A. PARKER,

        Plaintiff,

    v.

NATOMAS UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

No. CIV S-09-1058 MCE DAD PS

ORDER

/

    On August 20, 2009 plaintiff requested an order requiring the United States Marshal to show cause for failing to serve plaintiff's complaint as required by this court's order filed April 22, 2009. However, on August 19, 2009, the Marshal had filed waivers of service of summons reflecting that waiver forms were sent to the defendants on July 31, 2009, and a motion to dismiss has now been filed on behalf of all defendants. Accordingly, IT IS ORDERED that plaintiff's August 20, 2009 request for order to show cause (Doc. No. 9) is denied as moot.

DATED: October 2, 2009.

                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\parker1058.reqosc.den